UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00235-CKD |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| ALLISON L. TURKEZER, | ) ) | DATE: June 17, 2021 |
| Defendant. | ) ) ) ) | TIME: 9:30 a.m. JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00235-CKD is GRANTED.

It is further ordered that the initial appearance scheduled on June 17, 2021, is vacated.

IT IS SO ORDERED.

Dated: June 4, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE INITIAL APPEARANCE          1          U.S. v. ALLISON L. TURKEZER